AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>A USPS Priority Mail parcel<br>9405 5361 0553 6831 6407 85 | )<br>)<br>)   Case No. 8:24-MJ-00210-DUTY<br>)<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __05/08/2024 at 12:15pm__          __/s/ Autumn D. Spaeth__
                                                                                           *Judge's signature*

City and state:     __Santa Ana, California__          __Honorable Autumn D. Spaeth, United States Magistrate Judge__
                                                                                 *Printed name and title*

AUSA: __N. Kiss (x3539)__

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

### Return

| Case No.: 8:24-MJ-00210-DUTY | Date and time warrant executed: 5/8/24   3:38 PM | Copy of warrant and inventory left with: USPIS |
|---|---|---|

Inventory made in the presence of:
U.S. Postal Inspector Jolisia Bennett

Inventory of the property taken and name of any person(s) seized:

1) Parcel bearing 9405 5361 0553 6831 6467 85 and packaging wrappings

2) Parcel contents 56 g of blue pills embossed with M30 suspected to be fentanyl.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/24

*Executing officer's signature*

U.S. Postal Inspector Rex Castro
*Printed name and title*

**Attachment A**

<u>PARCEL TO BE SEARCHED</u>

A USPS Priority Mail parcel 9405 5361 0553 6831 6407 85 (the SUBJECT PARCEL), currently in the custody of the United States Postal Inspection Service ("USPIS") in Los Angeles, California.

## ATTACHMENT B

<u>ITEMS TO BE SEIZED</u>

The items to be seized are evidence, contraband, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 846 (conspiracy to distribute and possess with intent to distribute a controlled substance), and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "Subject Offenses"), namely:

    a. Any controlled substances;

    b. Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c. Parcel wrappings and any associated packaging material.